**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| MIDWEST STEEL, INC., )<br>)<br>Plaintiff, )<br>v. )       Case No.  16-CV-2066<br>)<br>IKEA PROPERTY, INC., *et al.* )<br>)<br>Defendants. ) | |

**ORDER OF DISMISSAL
OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

Upon consideration of the Joint Stipulation for Dismissal of All Claims and Counterclaims with Prejudice filed by Plaintiff Midwest Steel, Inc. and Defendants Schuff Steel Company, J.E. Dunn Construction Company, and IKEA Property, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), and for good cause shown,

IT IS HEREBY ORDERED that this action and all claims and counterclaims asserted herein by Plaintiff Midwest Steel, Inc. and/or Defendants Schuff Steel Company, J.E. Dunn Construction Company, and IKEA Property, Inc., are hereby dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated November 23, 2016, at Kansas City, Kansas.

                                            s/ John W. Lungstrum
                                            John W. Lungstrum
                                            U.S. District Judge